UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DENNIS YURY PUSHKIN, <br><br> Defendant. | Magistrate Case No.: '22 MJ00409 <br><br> COMPLAINT FOR VIOLATION OF: <br><br> Title 18, U.S.C. § 2252(a)(2) – Attempted Receipt of Images of Minors Engaged in Sexually Explicit Conduct <br><br> 18 U.S.C. § 2252(a)(4)(B) – Possession of Images of Minors Engaged in Sexually Explicit Conduct |

The undersigned Complainant, being duly sworn, states:

Count One

From August 13, 2021 and September 3, 2021, within the Southern District of California, defendant DENNIS YURY PUSHKIN, did knowingly attempt to receive visual depictions, that is, digital and computer images, using any means and facility of interstate and foreign commerce, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(2).

Count Two

Beginning on an unknown date up to and including February 2, 2022, within the Southern District of California, defendant DENNIS YURY PUSHKIN, did knowingly possess one and more matters containing visual depictions that had been shipped and

transported using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which have been mailed or so shipped or transported, by any means including by computer, the production of which involved the use of a prepubescent minor and a minor who had not attained 12 years of age engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(4)(B).

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

*Daniel P. Evans*
_____
Daniel P. Evans, Special Agent
Federal Bureau of Investigations

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 3rd day of February, 2022

_____
HONORABLE MITCHELL D. DEMBIN
United States Magistrate Judge

## STATEMENT OF FACTS

I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), and have been so employed since April 2005. I am currently assigned to the Violent Crimes Against Children/Human Trafficking Squad of the San Diego Field Office, where I primarily investigate crimes involving child exploitation, including the receipt, possession, production, advertisement, and transmission of child pornography. This complaint is based on my own investigation as well as information received from fellow FBI agents and other law enforcement officers.

Between August 13, 2021 and September 3, 2021, the FBI reviewed logs of internet users who were attempting to obtain child pornography images and videos through a peer-to-peer file sharing platform. Among those users was a particular IP Address which was further investigated. The logs from the peer-to-peer file sharing platform showed that the particular IP Address had attempted to download the following child pornography video files between August 13, 2021 and September 3, 2021:

A. A video depicting two prepubescent girls recording themselves for the camera exposing themselves and masturbating using both fingers and foreign objects. The video also depicts the lewd and lascivious display of the anus of each of the prepubescent females.

B. A video showing an adult male attempting to insert his penis into the vagina of a nude toddler. At the end of the video, the male ejaculates on the child's vagina.

Pursuant to a Department of Justice Administrative Subpoena, Cox Communications provided subscriber information revealing the particular IP address was assigned to a residence in San Diego, California, within the Southern District of California.

On January 24, 2022, a federal search warrant was issued for the San Diego residence identified in the subpoena response authorizing the search and seizure of evidence of violations of 18 U.S.C. §§ 2252 and 2252A. FBI agents and members of the San Diego Internet Crimes Against Children task force executed the warrant at the residence on February 2, 2022. At the time of the execution of the search warrant, DENNIS YURY PUSHKIN, was in at the residence in a shed in the back of the property. When contacted by agents, PUSHKIN attempted to destroy an external hard drive by breaking it and placing parts of it in a toilet.

An interview was conducted with the owner of the residence who confirmed that PUSHKIN resided in the shed, and had been living there since October 1, 2020. During the execution of the search warrant, various electronic media was seized, including a laptop, another external hard drive (Western Digital) and a cellular phone. An onsite review was conducted of the laptop, and the peer-to-peer software program used to attempt to receive the visual depictions described above was located as a program on the laptop. Additionally, a cursory review of the Western Digital external hard drive was conducted. Numerous visual depictions of children engaged in sexually explicit conduct were located on the Western Digital hard drive, including the following videos which were located in a folder titled "Baby":

    A.    A video depicting an adult male vaginally penetrating a prepubescent female toddler.

    B.    A video depicting an adult male ejaculating in the mouth of a prepubescent female toddler.

    C.    A video depicting an adult vaginally penetrating a prepubescent female toddler.

   D. A video depicting an adult male anally penetrating a prepubescent female toddler. At the conclusion of the video, the adult male ejaculates on her body.

   E. This video depicts numerous prepubescent females engaged in sexually explicit conduct, including masturbation and vaginal penetration by adult males.

A review of the devices seized is still ongoing.

  Based on my training and experience, I know that the use of the peer-to-peer software program requires the use of the internet, which is a means and facility of interstate commerce. Additionally, based on my training and experience, I know that the Western Digital hard drive is not manufactured within the state of California and therefore traveled in interstate or foreign commerce.